**Gerald HOLLIS–BEY, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 39799.**

Missouri Court of Appeals,
Western District.

June 21, 1988.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 2, 1988.

Application to Transfer Denied
Sept. 13, 1988.

Sean D. O'Brien, Public Defender, David S. Durbin, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before NUGENT, P.J., and
SHANGLER and CLARK, JJ.

## ORDER

PER CURIAM.

Appeal from the denial, following an evidentiary hearing, of a Rule 27.26 motion for post-conviction relief.

Affirmed. Rule 30.25(b).